IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0097 |
| ) | |
| A 1968 PONTIAC COUPE, VIN 223378U156405; ) | |
| A BULLDOZER; and THREE DIRT BIKE ) | |
| MOTORCYCLES, ) | |
| Defendants. ) | |

## JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 5th day of June, 2007, it is hereby ORDERED, ADJUDGED, and DECREED that the 1968 Pontiac Coupe, VIN 223378U156405 be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

It is further ORDERED that the bulldozer and the three dirt bike motorcycles be dismissed without prejudice as defendant assets.

The Clerk shall mark this case closed.

_____ J.